STATE OF CONNECTICUT *v.* JOSE O. GUERRA

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 62 (AC 32686), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*A. Manuel Nieves* and *Kai W. De Graaf*, in support of the petition.

Decided January 12, 2012